IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                                  25-MJ-5055

JESUS SEGUNDO HERNANDEZ-GIL,

Defendant.

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of New York hereby dismisses without prejudice Criminal Complaint 25-MJ-5055 as against Jesus Segundo Hernandez-Gil.

DATED:  Buffalo, New York, October 7, 2025.

MICHAEL DIGIACOMO
United States Attorney

BY:    _____
JEFFREY E. INTRAVATOLA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5858
Jeffrey.Intravatola@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

DATED:     Buffalo, New York
           October 7, 2025.

_____
HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge